IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MINNIE BENJAMIN                         :
                                        :
        vs.                             :       CIVIL ACTION NO. 02-3362
                                        :
BAYER CORPORATION, ET AL                :

**ORDER**

**AND NOW**, this    day of May, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ]   -   Order staying these proceedings pending disposition of a related action.

[ ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[ ]   -   Interlocutory appeal filed

[X]   -   Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transfering case to District of Minnesota.

it is
    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                        **BY THE COURT:**


                                        _____
                                        R. Barclay Surrick, J.

Civ. 13 (8/80)